In the Matter of the Judicial Settlement of the Accounts of ADOLPH SPIEHLER and Another, as Executors, etc., of THEKLA SPOHR, Deceased.— Appeal dismissed unless appellant shall file and serve printed papers on appeal by March sixteenth. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ANDREW J. SULLIVAN, as Administrator, etc., Respondent, v. RAYMOND THIESS, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by March fifteenth and printed briefs by March twentieth. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

FLORA FLEMMING, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant, Impleaded, etc.— Appeal dismissed unless appellant shall file and serve printed papers by March fifteenth and printed briefs by March twentieth. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ALFRED E. FALCK, as Executor, etc., Respondent, v. HATTIE HEPP, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs on appeal by March sixteenth and shall be ready for argument of the appeal when same is reached. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

MILLER CORSETS, INC., Appellant, v. HENRY SCHLOSS and Others, Respondents. HENRY SCHLOSS and Others, Respondents, v. MILLER CORSETS, INC., Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by April twentieth and shall be ready to argue the appeal at the opening of the May term. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

WILLIAM R. CLIFFORD, Appellant, v. CHARLES H. BOYER and Another, Respondents.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

SAYRE R. CHRISTIAN, Appellant, v. CHARLES F. BROWN, Respondent.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

WALTER BIERZYNSKI and Another, Appellants, v. GOLDEN SEAL ASSURANCE SOCIETY, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

MICHAEL FILIPIAK and Another, Appellants, v. GOLDEN SEAL ASSURANCE SOCIETY, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

KATHRYN TREVETT, Respondent, v. CLARA MILLIGAN and Others, Defendants, Impleaded with MILDRED M. NORTON and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ISADORE COHEN and Another, Appellants, v. HARRY JAFFE and Others, as Copartners, etc., Respondents.— Order entered on stipulation filed, substituting Israel Rumizen, as administrator of the estate of Adele Rumizen, deceased, in the place of said Adele Rumizen as a party plaintiff and appellant in this action, and continuing the action and appeal. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

NOBERT C. SHULTS, Respondent, v. JOHN W. SHAY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.